# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2016

Robert P. Young, Jr.,
Chief Justice

153511-2

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* COPE/HECT, Minors.

SC: 153511-2
COA: 328536; 328537
Monroe CC Family Division:
14-023230-NA

_____/

On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2016



Clerk

s0517